UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN MILLER | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:15-1005 |
| | ) | Judge Campbell/Knowles |
| GLOBAL TRUST MANAGEMENT, LLC | ) | |

**O R D E R**

This is a civil action alleging a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* Plaintiff's Complaint was filed by counsel on September 18, 2015, and a summons was issued on that date. Docket No. 1. There is no indication in the file that the Defendants have been properly served with the Summons and Complaint.

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part as follows:

*Time Limit for Service. If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.*

Within twenty (20) days of the date of entry of this Order, therefore, Plaintiff shall file a written statement showing good cause for his failure to serve the Defendant within 120 days after the filing of the Complaint. If Plaintiff fails to comply with the provisions of this Order, the undersigned will recommend that this action be dismissed without prejudice.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge